No. 81–2155.   VARNEY ET AL. *v.* SMIDDY; and

No. 81–2382.   SMIDDY *v.* VARNEY ET AL.   C. A. 9th Cir. Certiorari denied.   Reported below: 665 F. 2d 261.

No. 81–2157.   CAROLINA CASUALTY INSURANCE CO. *v.* TRANSPORT INDEMNITY CO.   C. A. 4th Cir.   Certiorari denied.

No. 81–2158.   SKAINES, DBA WYATT TIRE DISTRIBUTORS *v.* UNIROYAL, INC.   C. A. 6th Cir.   Certiorari denied.

No. 81–2160.   AGRILLO-LADLAD ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–2161.   GRIFFITH *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–2165.   KENNETH M. M. *v.* CLAIRE A. M.   Sup. Ct. Del.   Certiorari denied.

No. 81–2166.   BARBER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–2167.   SEEKONK WATER DISTRICT *v.* HERITAGE HOMES OF ATTLEBORO, INC.   C. A. 1st Cir.   Certiorari denied.

No. 81–2170.   HASER *v.* WISKOWSKI, DIRECTOR, DIVISION OF MOTOR VEHICLES OF NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 81–2173.   GRABINSKI *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–2178.   THOMPSON ET AL. *v.* WOOD.   C. A. 6th Cir. Certiorari denied.

No. 81–2180.   STEED *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.